UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CASE NO. 1:05-CR-163

HON. ROBERT HOLMES BELL

CHARLES EDWARD FORD, II,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #1152). Based on a review of defendant's motion, the Sentence Modification Report, submissions by counsel on behalf of the defendant and the government, and the original criminal file, the Court has determined that the motion should be denied for the following reason(s):

Defendant's guidelines at the time of sentencing were not based on a quantity of crack cocaine and therefore, Amendment 706 to the United States Sentencing Guidelines has no impact on his original guideline calculation.

Accordingly, defendant's motion is respectfully **DENIED**.

Date: March 28, 2013      /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    UNITED STATES DISTRICT JUDGE